UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIC GOGGLES INC, | No. C-11-03481 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| MAOR AMAR, | |
| Defendant(s). | |

This court ordered Plaintiff to e-file his complaint no later than August 29, 2011. [Docket No. 6.] Plaintiff has not done so. The court therefore ORDERS Plaintiff to SHOW CAUSE why Plaintiff should not be sanctioned for failure to comply with the court's order. Plaintiff shall file any response no later than September 19, 2011.

IT IS SO ORDERED.

Dated: September 15, 2011

_____
DONNA M. RYU
United States Magistrate Judge